| INN - PROB 22 Rev. 05/04 | | DOCKET NUMBER *(Tran. Court)* 0755 3:03CR00063 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District Of Indiana | DIVISION SOUTH BEND |
|---|---|---|
| Jack Angelo Weisman | NAME OF SENTENCING JUDGE Chief Judge Robert L. Miller, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/08/2008 — TO 02/07/2011 |

OFFENSE
Firearms & Weapons

JUDGE LEFKOW
MAGISTRATE JUDGE COX   08CR 0191

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Northern District of Illinois [Chicago]   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____February 20, 2008_____          _____[signature]_____
                Date                              United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____ NORTHERN ____ DISTRICT OF ____ ILLINOIS ____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
2-29-08
FEB 29 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 27 2008                    _____[signature]_____
Effective Date                    United States District Judge